In the Matter of JOHN W. BRODERICK, Appellant, v FELIX J. CATENA, as Montgomery County Court Judge, et al., Respondents.

Submitted January 5, 2009; decided February 17, 2009

Motion by John Mazzarella for leave to file an affidavit amicus curiae on the motion for leave to appeal herein denied.

In the Matter of RAYMOND F. MULHAUL, Petitioner, v DEBRA H. LEVINE, Respondent. SAMANTHA MULHAUL, Nonparty Appellant.

Submitted December 29, 2008; decided February 17, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of LOUIS R. ROSENTHAL, an Attorney, Appellant. COMMITTEE ON PROFESSIONAL STANDARDS, Respondent.

Submitted January 20, 2009; decided February 17, 2009

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

CONSTANDINA M. ROUX, Appellant.

Submitted December 22, 2008; decided February 17, 2009

Motion for leave to appeal dismissed upon the ground that the paper sought to be appealed from was not issued in an action or proceeding and the Court of Appeals does not have jurisdiction to entertain the motion (see CPLR 5602).